ORDERED ACCORDINGLY.

Dated: May 18, 2010



_____
GEORGE B. NIELSEN, JR
U.S. Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT

IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>MOHAMMAD AKRAM KHAN and MUKHTAR JAN,<br><br>Debtors. | Chapter 11 Proceedings<br><br>Case No.: 2:10-bk-00367-GBN |
| M&I MARSHALL & ILSLEY BANK,<br><br>Movant,<br><br>vs.<br><br>MOHAMMAD AKRAM KHAN and MUKHTAR JAN,<br><br>Respondent. | **ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY** |

THIS MATTER came on for consideration by this Court on the Motion of M&I MARSHALL & ILSLEY BANK ("M&I Bank") for Relief from the Automatic Stay (the "Motion"). The Court has considered the Motion, the Response and Objection to the Motion filed by the Debtors, and other court filings relating to the Motion. The Court finds that, after a conducting a hearing on the Motion on May 13, 2010 at 9:30 a.m. and good cause appearing,

**IT IS HEREBY ORDERED THAT:**

1. The automatic stay is hereby vacated as to the collateral which is the subject of M&I Bank's Motion, specifically real property located at 7577 W. Northview Avenue, Glendale, Arizona 85303, and M&I Bank may proceed to enforce its lien on the collateral in accordance with the terms of its loan and security documents.

2. This Order shall remain in effect in any bankruptcy chapter to which the Debtors' case may be converted.

**ORDERED, DATED, AND SIGNED ABOVE.**