Stanford E. Lerch, Esq. #1283
Lerch and DePrima P.L.C.
4000 N. Scottsdale Rd, Suite 107
Scottsdale, AZ 85251
TELEPHONE: (480) 212-0700

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>**MOHAMMAD AKRAM KHAN and**<br><br>**MUKHTAR JAN**<br><br>Debtors. | Chapter 11 Proceedings<br><br>Case No.: 2:10-bk-00367-GBN<br><br>**NOTICE OF LODGING PROPOSED ORDER APPROVING CONTINUANCE OF CONFIRMATION HEARING FOR CHAPTER 11 PLAN OF REORGANIZATION** |

Notice is hereby given that the attached Order has been lodged this date and that copies of the forgoing have been mailed or e-mailed to the United States Trustee's Office.

Dated this 16th day of November, 2010.

                              LERCH & DEPRIMA, PLC


                    By   /s/ Stanford E. Lerch
                         Stanford E. Lerch
                         Attorneys for Debtor

Copy of the foregoing
mailed or emailed to the
United States Trustee's Office.

/s/ Jo Ann Garrison
Jo Ann Garrison

-1-

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br>MOHAMMAD AKRAM KHAN and<br>MUKHTAR JAN,<br><br>    Debtors. | In Chapter 11 Proceedings<br><br>Case No.: 2:10-bk-000367-GBN<br><br>**ORDER APPROVING CONTINUANCE OF CONFIRMATION HEARING FOR CHAPTER 11 PLAN OF REORGAINZATION**<br><br>**Original Confirmation Hearing Set<br>Date:  November 18, 2010<br>Time:  9:30 a.m.** |

    Upon consideration of the Debtor's Motion To Continue Confirmation Hearing for Chapter 11 Plan of Reorganization and good cause appearing,

    **IT IS ORDERED** that the Continued Confirmation Hearing set for November 18th at 9:30 a.m. be vacated and moved to _____, 2010 at_____ \_\_.m.

    **DATED** this \_\_\_\_\_ day of _____, 2010.

                                        _____
                                        JUDGE GEORGE B. NIELSEN, JR.